UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number: 08-14128-CIV-MARTINEZ-LYNCH**

MARY HAIR, as Putative Personal Representative for the Estate of SAMUEL HAIR, deceased,

    Plaintiff,

vs.

LAWNWOOD MEDICAL CENTER, INC., a Tennessee Corporation d/b/a LAWNWOOD REGIONAL MEDICAL CENTER AND HEART INSTITUTE, THE CITY OF FORT PERCE, TAMMY ROANE, DWIGHT TOOMBS, EDWARD MINTON and MARIO GONZALES,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR ROBERT E. BONNER AND GAIL C. BRADFORD TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon a motion by Alexander Muszynski, III for Robert E. Bonner and Gail C. Bradford to Appear *Pro Hac Vice* (**D.E. No. 16**) as co-counsel on behalf of the Defendant Dwight Toombs. The Court has considered the motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that

1. Alexander Muszynski, III's Motion for Robert E. Bonner and Gail C. Bradford to Appear *Pro Hac Vice* (**D.E. No. 16**) is hereby **GRANTED**.

2. Designated local counsel, Alexander Muszynski, III, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this

action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules.

3. The Clerk of the Court is DIRECTED to provide Robert E. Bonner with Notices of Electronic Filings at the following email address: reb@fltrialteam.com.

4. The Clerk of the Court is DIRECTED to provide Gail C. Bradford with Notices of Electronic Filings at the following email address: gcb@fltrialteam.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　JOSE E. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

-2-