UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number: 08-14128-CIV-MARTINEZ-LYNCH

MARY HAIR, as Putative Personal
Representative for the Estate of SAMUEL
HAIR, deceased,

    Plaintiff,

vs.

LAWNWOOD MEDICAL CENTER, INC., a
Tennessee Corporation d/b/a LAWNWOOD
REGIONAL MEDICAL CENTER AND
HEART INSTITUTE, THE CITY OF FORT
PERCE, TAMMY ROANE, DWIGHT
TOOMBS, EDWARD MINTON and MARIO
GONZALES,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT DWIGHT TOOMBS' UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO CONDUCT SCHEDULING CONFERENCE

    This CAUSE came before the Court upon Defendant Dwight Toombs' Unopposed Motion to Extend Time in which to Conduct Scheduling Conference (**D.E. No. 17**) on April 25, 2008. Pursuant to the Court's Scheduling Order (D.E. No. 3), the parties were to meet for a pretrial conference by May 8, 2008. The Defendant advises the Court that counsel for all parties have agreed to meet in person on May 16, 2008, which is the earliest that they can meet to conduct the scheduling conference. Accordingly, the Defendant requests that the Court extend the conference deadline by 7 days. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

    **ORDERED and ADJUDGED** that

1. Defendant Dwight Toombs' Unopposed Motion to Extend Time in which to Conduct Scheduling Conference **(D.E. No. 17)** is **GRANTED**.

2. The parties shall have until May 16, 2008 to conduct a pretrial scheduling conference. This Order does not affect any other deadlines that appear in the Court's Scheduling Order of April 16, 2008 (D.E. No. 3).

3. The parties shall file a Joint Scheduling Report and Joint Proposed Scheduling Order by May 30, 2008.

DONE AND ORDERED in Chambers at Miami, Florida, April 28, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record