UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  08-14128-CIV-MARTINEZ-LYNCH

MARY HAIR, as Putative Personal
Representative for the Estate of SAMUEL
HAIR, deceased,

      Plaintiff,

vs.

LAWNWOOD MEDICAL CENTER, INC., a
Tennessee Corporation d/b/a LAWNWOOD
REGIONAL MEDICAL CENTER AND
HEART INSTITUTE, THE CITY OF FORT
PERCE, TAMMY ROANE, DWIGHT
TOOMBS, EDWARD MINTON and MARIO
GONZALES,

      Defendants.
_____/

## ORDER DENYING DEFENDANT LAWNWOOD MEDICAL CENTER, INC.'S MOTION TO DISMISS AS MOOT

This cause came before the Court upon Defendant Lawnwood Medical Center, Inc.'s ("Defendant Lawnwood" or "Lawnwood") Motion to Dismiss **(D.E. Nos. 29 and 34)**, which was filed on May 7, 2008.  The Plaintiff has filed a response in opposition to the motion for dismissal on May 21, 2008 (D.E. No. 39), however, Defendant Lawnwood has not filed a Reply brief, and the time to file such a brief has expired.  In the time since the Plaintiff filed a response to this motion, the Plaintiff has also filed an Amended Complaint, rendering the instant motion moot (D.E. No. 58).  Although Defendant Lawnwood has joined with the other Defendants in a motion to strike the Amended Complaint (D.E. No. 61), it has not renewed the arguments it cited in its motion to dismiss.  In light of the foregoing, it is:

**ORDERED and ADJUDGED** that

1. Defendant Lawnwood Medical Center, Inc.'s Motion to Dismiss **(D.E. No. 29)** is **DENIED as moot**.

2. If the objections that Defendant Lawnwood raised its Motion to Dismiss (D.E. No. 29) pertain to the Plaintiff's Amended Complaint as well, the Defendant may renew those objections by filing a Motion to Dismiss the Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, August 12, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record